THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN DIETZ, Respondent.

*Crimes — burglary — larceny — judgment of conviction reversed and new trial granted.*

*People* v. *Dietz*, 216 App. Div. 23, affirmed.

(Argued November 24, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1926, which reversed a judgment of the Ontario County Court, rendered upon a verdict convicting the defendant of the crimes of burglary in the third degree and grand larceny in the second degree and granted a new trial.

Prepared by State Reporter from Appeal Papers

*Nathan D. Lapham, District Attorney,* for appellant.

*R. J. Shanahan* and *James C. D'Aprile* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.